# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2683
_____

JOSHUA CROCKETT,

Appellant,

v.

ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS,

Appellee.

_____


On appeal from the Florida Commission on Human Relations.
Angela Primiano, Panel Chairperson.


April 13, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joshua Crockett, pro se, Appellant.

Patricia Maria Rego Chapman of Dean, Ringers, Morgan & Lawton, Orlando, for Appellee.